Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

Tulsa Division

# FILED

DEC 0 8 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Case No.    2 5 CV - 6 5 9 SEH - MTS

*(to be filled in by the Clerk's Office)*

|  |  |
|---|---|
| Jyoti Govindram Iyer | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| **-v-** | ) |
|  | ) |
| The University of Tulsa | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jyoti Govindram Iyer |
| Street Address | 5004 Tower Road Unit B |
| City and County | Greensboro, Guilford County |
| State and Zip Code | North Carolina 27410 |
| Telephone Number | (402) 661-9511 |
| E-mail Address | iyer.jyoti@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The University of Tulsa |
| Job or Title *(if known)* | Employer |
| Street Address | 800 South Tucker Drive |
| City and County | Tulsa, Tulsa County |
| State and Zip Code | Oklahoma 74104 |
| Telephone Number | (918) 631-2000 |
| E-mail Address *(if known)* | Unknown |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

| | |
|---|---|
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | The University of Tulsa |
| Street Address | 800 South Tucker Drive |
| City and County | Tulsa County, Tulsa |
| State and Zip Code | Oklahoma, 74104 |
| Telephone Number | (918) 631-2000 |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☒    Failure to promote me.

☐    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Hostile work environment

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

2018 to 2024, including the final tenure denial that occurred on March 21, 2024

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race              Asian

☒    color            Brown

☒    gender/sex   Female

☐    religion

☒    national origin   Indian

☐    age *(year of birth)*                    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

I was employed by The University of Tulsa ("TU") as a tenure-track Assistant Professor in the Department of Chemistry and Biochemistry from 2018 until 2024. I am an Asian/Indian woman and was the only tenure-track woman of color in my department. Throughout my employment, I was subjected to discriminatory and retaliatory treatment based on my race, national origin, color, and sex. I was repeatedly held to different and harsher standards than my white colleagues and was denied procedural protections routinely afforded to others.

During my time at TU, I filed three formal grievances because I was consistently denied fair treatment and due process in matters affecting my employment. Although one grievance led to procedural changes, the University did not remedy the unfair treatment I experienced and, over time, subjected me to increasingly adverse and punitive actions. The University relied on unsubstantiated student complaints whose specifics were never disclosed to me, imposed sanctions without conducting a fair or adequate investigation, and refused to follow mandated procedures governing faculty evaluation, investigation, and tenure review. This escalating pattern of discriminatory and retaliatory treatment ultimately culminated in the University's decision to deny me tenure and promotion.

Despite these circumstances, I built a strong record in teaching, research, and service. My teaching evaluations consistently exceeded the department average over five years. I secured an NIH COBRE research award prior to my tenure review, maintained a productive and independent research program, published peer-reviewed work, and mentored undergraduate and graduate students. My Department Committee, Department Chair, and Dean all recommended me for tenure and promotion, and the College Committee voted unanimously (7–0) in my favor. Furthermore, my Department Chair's letter stated that all of my external evaluators, who were faculty from the highest research tier (R1) universities, unanimously recommended my tenure and promotion.

In violation of the University's Blue Book procedures, the Provost denied me tenure and promotion without providing any specific reason. Both the President and the Provost ignored or refused to answer my written requests seeking clarification of the specific reasons for the denial, and I was unlawfully denied the right to file an appeal, despite the Blue Book guaranteeing this protection. The Chair of the Faculty Appeals Board later issued a written memorandum documenting multiple procedural violations in my tenure review. After my tenure denial, TU students submitted a petition to the administration urging reconsideration, and I later received a competitive, student-nominated Excellence in Teaching Award. I also subsequently obtained an NIH R15 grant as Principal Investigator, further demonstrating the continued strength and upward trajectory of my research program.

The University's discriminatory and retaliatory actions caused significant professional, emotional, physical, and financial harm. I was forced to relocate to another state, rebuild my laboratory from scratch, and delay my tenure timeline by several years. I developed tachycardia and autonomic nervous system dysfunction related to prolonged stress, and I have been in therapy since 2022.

I timely filed a charge of discrimination with the EEOC and received a Notice of Right to Sue on September 15, 2025.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

07/02/2024

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*    9/15/2025              .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek compensation for lost wages, loss of career opportunities, emotional distress, physical injury, moving and relocation costs, and other financial losses caused by the discrimination and retaliation. I also seek punitive damages where permitted and any additional relief the Court deems just and proper. The amount will be determined at trial.

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Date of signing:    12/03/2025

Signature of Plaintiff

Printed Name of Plaintiff    Jyoti Govindram Iyer

**B.      For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address





Reusable

MS

209-7586

CLU

Postmarked 12/4/2025
25-cv-659-SEH-MTS

FedEx
Express

XA TULSG

TRK# 8867 4556 7705

FRI – 05 DEC 5:00P
STANDARD OVERNIGHT
ASR

TULA 74103
OK-US                TUL

TO: U.S. DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
333 W 4TH ST
ROOM 411
TULSA OK 74103
(918) 699-4700

ORIGIN ID:DHAA (402) 691-9511
5004 TOWER RD
DEPT.
GREENSBORO, NC 27410
UNITED STATES US